IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FREDERICK L. BANKS,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:13-cv-4848-L** |
| | § | |
| **AETNA LIFE INSURANCE COMPANY,** | § | |
| **FEDERAL EXPRESS CORPORATION**, | § | |
| and **FEDERAL EXPRESS** | § | |
| **CORPORATION SHORT TERM** | § | |
| **DISABILITY PLAN,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

The case was referred to Magistrate Judge David L. Horan, who entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge (the "Report") on December 18, 2014, recommending that Plaintiff's Motion to Remand Claim for Administrative Reconsideration be granted. There were no objections filed to the Report.

Having reviewed the pleadings, file, record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion to Remand for Administrative Reconsideration. This case is hereby **remanded** to the plan administrator for a full and fair review regarding the denial of benefits consistent with this court's order and the Report.

**It is so ordered** this 30th day of January, 2015.

Sam A. Lindsay
United States District Judge

Order - Solo Page